IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANGEL HUMBERTO RAYMUNDO PEREZ, §<br>§<br>§<br>  Petitioner, §<br>§<br>v. §<br>§<br>KRISTI NOEM et al., §<br>§<br>§<br>  Respondents. § | CAUSE NO. EP-25-CV-607-KC |

## FINAL JUDGMENT

On this day, the Court considered the case. On December 10, 2025, the Court granted in part Angel Humberto Raymundo Perez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 10, 2025, Order 2–3, ECF No. 7. Respondents have now informed the Court that, on December 12, an immigration judge ordered Raymundo Perez to be released from custody on a $1,500.00 bond. Status Report, ECF No. 8; *see id.* Ex. A ("IJ Order") at 1, ECF No. 8-1. And, upon posting of bond, Raymundo Perez was released from custody on December 17. *See* Status Report.

It appears that the only remaining matter to be resolved in this case is Raymundo Perez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 75, ECF No. 1; *see generally* Dec. 10, 2025, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.  To the extent Raymundo Perez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 18th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE